IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| IN THE MATTER OF THE SEARCH AND SEIZURE OF<br><br>Apple iPhone 6S (ATF Item: 000001), seized by the Anchorage Police Department (17-2512SW) on September 25, 2017 | Case No. _____ |
|---|---|

## ATTACHMENT A

*Property to be searched*

The property to be searched is as follows:

1. One silver-colored Apple iPhone 6S cellular telephone (Model: A1633, FCCID: BCG-E2946A, IC: 579C-E2946A), which the Anchorage Police Department (APD) seized during a search warrant (17-2512SW) of a vehicle (Year: 2004, Color: Silver, Make: Buick, Model: Enclave, Alaska Plate: ENW154, VIN: 5GADT13S542191003) and was previously in the immediate possession of Shane TWIGG on September 25, 2017 ("the SUBJECT DEVICE"). The SUBJECT DEVICE is currently secured at the ATF Anchorage Field Office, 222 West 7th Avenue, Anchorage, Alaska 99513.

//
//
//
//
//
//
//
//
//
//
//
//
//
//


DEC 2 8 2017

Page 1 of 1